**No. 09-7368. Tommy Edward Letourneau, Petitioner v. United States.**

559 U.S. 993, 130 S. Ct. 1736, 176 L. Ed. 2d 214, 2010 U.S. LEXIS 2301.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 342 Fed. Appx. 24.